

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| GARY MCGEE, | § | No. 08-19-00125-CR |
| Appellant, | § | Appeal from the |
| v. | § | 394th District Court |
| THE STATE OF TEXAS, | § | of Hudspeth County, Texas |
| State. | § | (TC# 6070) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 31, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James Gerard McDermott, II, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 31, 2019.

IT IS SO ORDERED this 9th day of October, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.